AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

SHARON GORE

V.

JOE DUBOSE TRUCKING, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06cv167-WKW

TO: (Name and address of Defendant)

> Ronald Larry Foster
> 5400 Highway 187
> Anderson, SC 29625

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Larry W. Morris
> Morris, Haynes and Hornsby
> Post Office Box 1660
> Alexander City, AL 35011-1660

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    2-24-06

CLERK                                                 DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                     *Signature of Server*

                                                         _____
                                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Hackett
U.S. District Court
P.O. Box 711
Montgomery AL 36101

4

RECEIVED
2006 MAR -6  A 10: 04
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NMR

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD

NO Box

Ronald Larry Foster
5400 Highway 187
Anderson, SC 29625

CERTIFIED MAIL
7099 3400 0004 6952 7285

UNITED STATES POSTAGE
$005.360
PITNEY BOWES
02 1P
0002156422  FEB 21 2006
MAILED FROM ZIP CODE 35010

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Ronald Larry Foster
5400 Highway 187
Anderson, SC 29625

06-167 S+C

2. Article Number (Transfer from service)
PS Form 3811, Febru

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
☐ Agent
☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:      ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐