IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, as Administratrix and Personal Representative of the Estate of TULLIS HERBERT GORE, Deceased, ) ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO: 3:06CV167-WKW |
| RONALD LARRY FOSTER, JOE DUBOSE TRUCKING, et al., ) ) ) | |
| Defendants. ) | |

## SUGGESTION OF DEATH

Comes now the defendant, identified in the complaint as **JOE DUBOSE TRUCKING**, by and through its attorney of record, pursuant to Rule 25 of the Federal Rules of Civil Procedure, and suggests upon the record the following:

1.   Mr. Joe Dubose is deceased.

        /s/ David A. Lee
        David A. Lee (LEE019)
        Attorney for Defendant

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223
(205) 326-6600 - Telephone
(205) 324-7097 - Facsimile

**CERTIFICATE OF SERVICE**

      I hereby certify that on the <u>10th</u> day of <u>  March  </u>, 2006, a copy of this document has been served on all parties to this proceeding or their respective attorneys, by U. S. Mail to:

Larry W. Morris, Esq.
MORRIS, HAYNES & HORNSBY
Post Office Box 1660
Alexander City, AL 35011-1660

                                            <u>/s/ David A. Lee</u>
                                            OF COUNSEL