IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, | * |
| Plaintiff, | * |
| v. | *   CASE NO.: 3:06-CV-167-WKW |
| JOE DUBOSE TRUCKING, et al., | * |
| Defendants. | * |

## NOTICE OF APPEARANCE

COMES now the undersigned, Randall S. Haynes, as attorney for the Plaintiff, Sharon Gore, and respectfully requests that this Honorable Court enter his Notice of Appearance in the above-styled cause.

                                                s/ Randall S. Haynes
                                                RANDALL S. HAYNES (HAYNR2865)
                                                Attorney for Plaintiff

OF COUNSEL:

**MORRIS, HAYNES & HORNSBY**
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011
Telephone: 256-329-2000
Facsimile: 256-329-2015

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record as follows by U. S. Mail, postage pre-paid, on this the 15th day of May, 2006.

David Lee, Esq.
**PARSONS, LEE & JULIANO**
Suite 300, 2801 Hwy. 280 S.
Birmingham, Alabama 35223

                                        s/ Randall S. Haynes
                                        OF COUNSEL