IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, | * |
| Plaintiff, | * |
| v. | * CASE NO.: 3:06-CV-167-WKW |
| JOE DUBOSE TRUCKING, et al., | * |
| Defendants. | * |

### REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Federal Rules of Civil Procedure 26(f), meetings were held via telephone conference on May 10 and 16, 2006. The meetings were attended by:

   (a) Randy Haynes, attorney for the Plaintiff; and

   (b) David Lee, attorney for the Defendant designated as Joe Dubose Trucking.

2. **Pre-Discovery Disclosures.**

The parties will exchange information required by Federal Rules of Civil Procedure 26(a)(1) by **June 10, 2006**.

3. **Discovery Plan.**

The parties jointly proposed to the Court the following discovery plan.

Discovery will be needed on the following subjects. This is a tractor-trailer/automobile accident case. The parties anticipate that discovery will be needed with respect to the facts of the accident, the facts pertaining to liability for the subject accident and the death of the Plaintiff's decedent.

1

All discovery commenced in time to be completed by **March 1, 2007**.

Maximum of forty Interrogatories by each party to any other party. Responses due thirty days after service.

Maximum of forty Requests for Production by each party to any other party. Responses due thirty days after service.

Maximum of fifteen depositions by Plaintiff and fifteen by Defendants.

Each deposition (other than of experts) limited to a maximum of four hours unless extended by agreement of the parties, and expert depositions limited to a maximum of six hours unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by **November 1, 2006**; and

from Defendants by **January 15, 2007**.

Supplementations under Rule 26(e) due **November 1, 2006** and **January 1, 2007**.

4.   **Other Items.**

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a pretrial conference in **March, 2007**.

The Plaintiff should be allowed until **October 2, 2006** to join additional parties and until **December 1, 2006** to amend the pleadings.

The Defendants should be allowed until **November 1, 2006** to join additional parties and until **January 1, 2007** to amend the pleadings.

All potentially dispositive motions should be filed by **February 1, 2007**.

Settlement cannot be evaluated prior to the completion of some initial discovery, and

may be enhanced by the use of non-binding mediation.

Final list of witnesses and exhibits under Rule 26(a)(3) should be due:

from Plaintiff by **February 15, 2007**; and

from Defendant by **February 15, 2007**.

Parties should have fifteen days after service of a final list of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for Trial by **May 1, 2007**, and is expected to take approximately three days to try.

5. **Other Matters.**

Defendant Ronald Larry Foster has not been served with service of process. Plaintiff's counsel is endeavoring to serve him as soon as possible.

_____
RANDALL S. HAYNES (HAYNR2865)
Attorney for Plaintiff

OF COUNSEL:
**MORRIS, HAYNES & HORNSBY**
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011
Telephone: 256-329-2000
Facsimile: 256-329-2015

_____
DAVID A. LEE
Attorney for Defendant

OF COUNSEL:
**PARSONS, LEE & JULIANO**
Suite 300, 2801 Hwy. 280 S.
Birmingham, Alabama 35223
Telephone: 205-326-6600
Facsimile: 205-324-7097

3