IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 3:06-CV-167-WKW |
| | ) |
| RONALD LARRY FOSTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to Amend Complaint (Doc. # 9) and Motion to Substitute Defendant Pursuant to FRCP 25(a) (Doc. # 10), both filed on May 26, 2006, it is hereby ORDERED that the defendant shall show cause on or before June 15, 2006 why the motion should not be granted.

DONE this the 1st day of June, 2006.

                                               /s/   W.  Keith Watkins
                                               UNITED STATES DISTRICT JUDGE