## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, as Administratrix and Personal Representative of the Estate of TULLIS HERBERT GORE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>RONALD LARRY FOSTER, JOE DUBOSE TRUCKING, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO: 3:06-CV-167-WKW<br>)<br>)<br>)<br>)<br>)<br>) |

### RESPONSE TO SHOW CAUSE ORDER

Comes now the defendant, **JOE DUBOSE TRUCKING**, and responds to the Court's order to show cause entered June 1, 2006 as follows:

1. The defendant has no objection to the plaintiff substituting **ALICE DUBOSE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOE DUBOSE**, as the defendant in this lawsuit.

                                                                  /s/ David A. Lee
                                                                  David A. Lee (LEE019)
                                                                  Attorney for Defendant

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
Birmingham, AL 35223
(205) 326-6600 - Telephone
(205) 324-7097 - Facsimile

**CERTIFICATE OF SERVICE**

    I hereby certify that on the __15th__ day of __June__, 2006, a copy of this document has been served on all parties to this proceeding or their respective attorneys, by U. S. Mail to:

Randall S. Haynes, Esq.
Larry W. Morris, Esq.
MORRIS, HAYNES & HORNSBY
Post Office Box 1660
Alexander City, AL 35011-1660

                                        /s/ David A. Lee
                                        OF COUNSEL