IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-167-WKW |
| ) | |
| RONALD LARRY FOSTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the Court on the plaintiff's Motion to Amend Complaint (Doc. # 9) and Motion to Substitute Defendant Pursuant to FRCP 25(a) (Doc. # 10), both filed on May 26, 2006. The defendants have not opposed either motion. Therefore, it is hereby ORDERED that both motions are GRANTED. The plaintiffs shall file their amended complaint in its entirety with the Clerk's office.

DONE this the 22nd day of June, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE