IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON GORE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO.: 3:06-CV-167-WKW |
| | * | |
| RONALD LARRY FOSTER, ET AL., | * | |
| | * | |
| Defendants. | * | |

## AMENDED REPORT OF THE PARTIES' PLANNING MEETING

Comes now the Plaintiff, Sharon Gore, by and through her undersigned counsel of record, and amends the Report of the Parties' Planning Meeting filed with the Court on May 22, 2006 as follows:

**Other Matters**   Defendant Ronald Larry Foster was served with the Summons and Complaint in the above styled cause of action and his Answer was filed with the Court on July 26, 2006.

          s/ Randall S. Haynes
          RANDALL S. HAYNES (HAY006)
          Attorney for Plaintiff

OF COUNSEL:

**MORRIS, HAYNES & HORNSBY**
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011
Telephone: 256-329-2000
Facsimile: 256-329-2015

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record as follows by facsimile delivery and U. S. Mail, postage pre-paid, on this the 4th day of August, 2006.

  DAVID A. LEE
  **PARSONS, LEE & JULIANO**
  Suite 300, 2801 Hwy. 280 S.
  Birmingham, Alabama 35223
  Telephone: 205-326-6600
  Facsimile: 205-324-7097

            s/ Randall S. Haynes
            OF COUNSEL