IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-167-WKW |
| | ) |
| RONALD LARRY FOSTER, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Amend Complaint (Doc. #19) filed on August 14, 2006, it is hereby

ORDERED that the defendants' file a response, on or before August 29, 2006, as to why this motion should not be granted.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 23rd day of August, 2006.

                                  /s/   W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE