IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 3:06-cv-167-WKW |
| | ) |
| RONALD LARRY FOSTER, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

On August 14, 2006, the plaintiff filed a Motion to Amend Complaint. (Doc. # 19.) Although given an opportunity to do so, the defendants have not objected to the motion. (*See* Doc. # 20.) Accordingly, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file the Second Amended Complaint on or before September 11, 2006.

DONE this 5th day of September, 2006.

                                        /s/   W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE