**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steve Jarchian
Registered Agent
Farfard, Inc.
909 Amity Rd.
Anderson, SC 29621

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kirsten Nauta_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kirsten Nauta
C. Date of Delivery: 9-13-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

06cv167

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7000-1670-0006-1038-9457

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540