IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-167-WKW |
| | ) |
| RONALD LARRY FOSTER, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of plaintiff's Motion to Amend Complaint to Correct the Name of Defendant Farfard, Inc. (Doc. #29) filed on October 20, 2006, it is hereby

ORDERED that on or before October 30, 2006, the defendant shall show cause why the motion should not be granted.

Done this 23rd day of October, 2006.

                                       /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE