IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:06-cv-167-WKW |
| | ) |
| RONALD LARRY FOSTER, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

On October 20, 2006, the plaintiff filed a Motion to Amend Complaint to Correct the Name of Defendant Farfard, Inc. (Doc. # 29.) Although given an opportunity to do so, the defendants have not objected to the motion. (*See* Doc. # 30.) Accordingly, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file the Amended Second Amended Complaint on or before November 6, 2006.

DONE this 1st day of November, 2006.

                          /s/ W. Keith Watkins
                          UNITED STATES DISTRICT JUDGE