IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, | * |
| Plaintiff, | * |
| v. | *  CASE NO.: 3:06-CV-167-WKW |
| JOE DUBOSE TRUCKING, et al., | * |
| Defendants. | * |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, by and through the undersigned counsel of record, and gives notice to the Court that a settlement agreement has been reached between the Plaintiff and Defendants in the above cause. This case is currently set for trial during this Court's term of court commencing on August 20, 2007. The parties anticipate being able to file appropriate pleadings on or about April 1, 2007, to have this action dismissed with prejudice.

Done on this the 9th day of March, 2007.

Respectfully submitted,

/s/ Randall S. Haynes
RANDALL S. HAYNES
Attorney for Plaintiff

OF COUNSEL:

MORRIS, HAYNES & HORNSBY
131 Main Street
Post Office Box 1660
Alexander City, Alabama 35011-1660
Phone: (256) 329-2000
Facsimile: (256) 329-2015

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of March, 2007, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record in the above referenced case.

    David Lee, Esq.
    Parsons, Lee & Juliano
    Suite 300, 2801 Hwy. 280 S.
    Birmingham, Alabama 35223

    Richard Broughton, Esq.
    Suite 204, 2000 Interstate Park Drive
    Post Office Box 2148
    Montgomery, Alabama 36102-2148

_/s/ Randall S. Haynes_
OF COUNSEL