IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  CASE NO. 3:06-cv-167-WKW |
| | )         (WO) |
| RONALD LARRY FOSTER, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

The plaintiff in this case has notified the Court that the parties have settled their dispute. (Doc. # 36.)  It is hereby ORDERED that the parties shall file a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) **on or before April 16, 2007.**

Done this 14th day of March, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE