IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, as Administratrix and Personal Representative of the Estate of TULLIS HERBERT GORE, DECEASED  )<br>)<br>)<br>) | |
| Plaintiff,             ) | CASE NO: 3:06-CV-167-WKW |
| ) | |
| vs.                ) | |
| ) | |
| RONALD LARRY FOSTER, JOE DUBOSE TRUCKING, et al.,    )<br>) | |
| ) | |
| Defendants.           ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Come now the plaintiff, SHARON GORE, AS ADMINISTRATRIX OF THE ESTATE OF HERBERT TULLIS GORE, DECEASED, and the defendants, RONALD LARRY FOSTER, JOE DUBOSE TRUCKING, and ALICE DUBOSE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOE DUBOSE, DECEASED, by and through their attorneys of record, and jointly move the Court to enter an order dismissing all claims against RONALD LARRY FOSTER, JOE DUBOSE TRUCKING, and ALICE DUBOSE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOE DUBOSE, DECEASED, in this lawsuit <u>with prejudice</u>, parties to bear their own costs and expenses.

Done this 16th day of ___March___, 2007.

/s/ Randall S. Haynes                 /s/ David A. Lee
RANDALL S. HAYNES                  DAVID A. LEE
Attorney for Plaintiff                  Attorney for Defendants

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that I have on this 16th day of March, 2007, electronically filed a copy of the foregoing pleading with the Court and served all counsel for all parties to this proceeding by U.S. Mail to:

Richard E. Broughton, Esq.
Ball, Ball, Mathews & Novak, P.A.
P. O. Box 2148
Montgomery, AL 36102-2147

      /s/ David A. Lee
      OF COUNSEL