IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON GORE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO.: 3:06-CV-167-WKW |
| | * | |
| JOE DUBOSE TRUCKING, et al., | * | |
| | * | |
| Defendants. | * | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW the Plaintiff, Sharon Gore, as Administratrix of the Estate of Herbert Tullis Gore, Deceased, and the Defendant, Fafard, Inc., by and through their attorneys of record, and jointly move the Court to enter an Order dismissing all claims against Fafard, Inc. in this lawsuit with prejudice with parties to bear their own costs and expenses.

DONE this the 26th day of March, 2007.


/s/ Randall S. Haynes                              /s/ Richard E. Broughton
RANDALL S. HAYNES                          RICHARD E. BROUGHTON
Attorney for Plaintiff                              Attorney for Defendant, Fafard, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this March 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Lee, Esq.
Parsons, Lee & Juliano
300 Protective Center
2801 Highway 280 South
Birmingham, AL  35223


                                                 /s/ Richard E. Broughton
                                                 OF COUNSEL