IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARON GORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-167-WKW |
| | ) |
| RONALD LARRY FOSTER, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pursuant to the Joint Motions to Dismiss filed by the parties on March 16, 2007 (Doc. # 38) and March 26, 2007 (Doc. # 39), it is hereby ORDERED that the motions are GRANTED and that all defendants are dismissed with prejudice. The parties shall bear their own costs related to this matter, except as separately agreed to in the confidential settlement of the parties.

DONE this 27th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE