IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON GORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-167-WKW |
| | ) | |
| RONALD LARRY FOSTER, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Upon consideration of the Joint Motions to Dismiss filed by the parties on March 16, 2007

(Doc. # 38) and March 26, 2007 (Doc. # 39), it is hereby ORDERED that:

1.  This case is DISMISSED with prejudice.

2.  The parties shall bear their own costs in this matter, except as separately agreed to in the

confidential settlement.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of March, 2007.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE